IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GAYLA JO WILLIAMS | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 2:15-CV-2104 |
| | § | |
| ALEJANDRO PREVOST VELAZQUEZ | § | |
| AND LAUROS SERVICE CORP. | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff and Defendants in the above entitled and numbered cause and file this their Stipulation of Dismissal pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, and in support thereof would respectfully show unto the Court as follows:

1. On or about April 6, 2016, a settlement agreement was reached between the parties.

2. The parties hereby stipulate to dismissal of all claims in this action with prejudice, as well as all claims that could have been brought by any party concerning the subject matter of this dispute.

3. The parties further stipulate that all costs of court shall be taxed against the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants pray for relief as requested hereinabove, and for such other and further relief, whether at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

BY: _____
PAUL M. BOYD
State Bar No. 02775700
BOYD & BOYD
1215 Pruitt Place
Tyler, Texas 75703
903/526-9000
903/526-9001 (FAX)

ATTORNEY FOR DEFENDANTS

AND:

BY: _____
DAVID E. DOBBS
DOBBS & TITTLE, P.C.
State Bar No. 05913700
3311 Woods Boulevard
Tyler, Texas  75707
903/595-1160
903/595-1999 (fax)
ddobbs@davidedobbs.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the __31__ day of May, 2016, a true and correct copy of the above and foregoing instrument was forwarded via electronic delivery, facsimile and/or U. S. Mail, certified, return receipt requested, to:

> Mr. David E. Dobbs
> DOBBS & TITTLE, P.C.
> 3311 Woods Blvd.
> Tyler, TX 75707
> [ATTORNEY FOR PLAINTIFF]

/s/ Paul M. Boyd

PAUL M. BOYD