IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GAYLA JO WILLIAMS | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 2:15-CV-2104 |
| | § | |
| ALEJANDRO PREVOST VELAZQUEZ | § | |
| AND LAUROS SERVICE CORP. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, came on to be considered Plaintiff and Defendants' Stipulation of Dismissal, with Prejudice, and after careful consideration, the court is of the opinion that same should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff's causes of action against Defendants be and the same are hereby DISMISSED WITH PREJUDICE to the right of Plaintiff to re-file same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims by all parties concerning the subject matter of this litigation are DISMISSED WITH PREJUDICE to the rights of any party to re-file same.

It is further ORDERED that Plaintiff and Defendants shall pay their own court costs and litigation related expenses.

**SIGNED this 13th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE